# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | |
|---|---|
| RICKY LEE DAVIS, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No: 7:16-CV-394 |
| | ) |
| NANCY A. BERRYHILL, | ) |
| **Acting Commissioner of Social Security,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

For the reasons stated in the accompanying memorandum opinion, the Commissioner's motion for summary judgment (Dkt. No. 20) is **DENIED**, Plaintiff's motion for summary judgment (Dkt. No. 16) is **GRANTED in part**, and this matter is **REVERSED** and **REMANDED** to the Commissioner under sentence four of 42 U.S.C. § 405(g). This action is **DISMISSED** from the court's active docket.

Entered: March 13, 2018

*Robert S. Ballou*

Robert S. Ballou
United States Magistrate Judge